ELLEN J. COXHEAD, Respondent, *v.* ALBERT L. JOHNSON et al., Appellants.

Reported below, 20 App. Div. 605; 21 App. Div. 626.
(Argued June 6, 1898; decided June 14, 1898.)

MOTION to dismiss an appeal by permission from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered October 19, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the certificate allowing the appeal is insufficient; that the judgment is not appealable, and that no exceptions are presented for review.

*Thomas E. Pearsall* for motion.

*Henry Yonge* opposed.

Motion denied, with ten dollars costs.